UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

KARSTEN ROBINSON a/k/a TORIANO PERRY,

                      Plaintiff,

    -against-

UNITED STATES OF AMERICA,

                    Defendant.
------------------------------------------------------------------ X

07-CV-2852 (ARR)

NOT FOR PUBLICATION

OPINION AND ORDER

ROSS, United States District Judge:

On July 30, 2007, the court issued an order directing petitioner to show cause by written affirmation, within thirty (30) days, why his petition for habeas corpus pursuant to 28 U.S.C. § 2255 should not be dismissed as meritless. (Dkt. 3). The order was returned to the court as undeliverable on August 15, 2007, at which time the clerk of the court resent the order to petitioner. (Dkt. 4). As of this date, the court has received neither a response to the July 30, 2007 order, nor a notice indicating that the mailing of August 15, 2007 was undeliverable. Accordingly, for the reasons stated in the order to show cause, the petition is dismissed as meritless.

    SO ORDERED.

                                              /S/
                                          Allyne R. Ross
                                          United States District Judge

Dated: November 2, 2007
       Brooklyn, New York

SERVICE LIST:

*Pro Se* **Petitioner**

**Karsten Robinson**
a/k/a Toriano Perry
01R437
MARCY CORRECTIONAL FACILITY
P.O. Box 3600
Marcy, NY 13403-3600

**Karsten Robinson**
a/k/a Toriano Perry
01R437
FISHKILL CORRECTIONAL FACILITY
P.O. Box. 1245
Beacon, New York 12508